1

2

3

4                    UNITED STATES DISTRICT COURT

5                   EASTERN DISTRICT OF CALIFORNIA

6    SCOTT N. JOHNSON,                    )
                                          )    2:09-cv-00314-GEB-GGH
7                    Plaintiff,           )
                                          )    Rule 16 NON-COMPLIANCE
8         v.                              )    ORDER
                                          )
9    ROBERT T. MURPHY, individually and )
     as Trustee of the Murphy Family      )
10   Living Trust, Dated March 11, 1993;)
     VELMA DORIS MURPHY, individually     )
11   and as Trustee of the Murphy Family)
     Living Trust, Dated March 11, 1993,)
12                                        )
                     Defendants.[1]       )
13   _____)

14            Plaintiff states in his status report filed on April 23,

15   2009, that "Defendants Robert T. Murphy and Velma Doris Murphy were

16   served on March 1, 2009, but have not answered [and that a] motion

17   for Default will be filed at the appropriate time."  Status Report

18   at 2 and 3(emphasis added).  Plaintiff sheds no light on what he

19   means by "appropriate time."  Therefore, and since Plaintiff should

20   know that he should have given more information concerning

21   prosecution of the action against these defendants because of his

22   many prior lawsuits in this court, Plaintiff shall provide that

23   information in a filing due no later than noon on May 11, 2009.

24   Plaintiff shall also explain in this filing why he did not provide

25   the above requested information in the status report he filed April

26   23, 2009.  Plaintiff made the same ambiguous statement in Johnson

27   v. A&B Family, Inc., which is pending in this district as action

28   _____

         [1]    The caption above has been changed to reflect dismissal of
     Defendant Manuela Luna Gomez filed March 2, 2009.

number 09cv335.  Failure to comply with these directives may result in dismissal of this action for failure to do what Plaintiff should understand he is required to do.  It should be clear to Plaintiff that the district court has the power to manage its dockets "without being subject to . . . non-compliance with case management orders."  In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1227 (9th Cir. 2006)(citation omitted). "Rule 16, the central pretrial rule, authorizes a court to manage cases so that disposition is expedited [and] wasteful pretrial activities are discouraged . . ." Id.

IT IS SO ORDERED.

Dated:  May 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge