UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON, )
 ) 2:09-cv-00314-GEB-GGH
       Plaintiff, )
 )
  v. ) ORDER
 )
ROBERT T. MURPHY, individually and )
as Trustee of the Murphy Family )
Living Trust, Dated March 11, 1993;)
VELMA DORIS MURPHY, individually )
and as Trustee of the Murphy Family)
Living Trust, Dated March 11, 1993,)
 )
       Defendants. )
_____)

       The status conference is rescheduled to commence at 9:00 a.m. on September 21, 2009. Plaintiff shall file a further status report on or before September 7, 2009, in which Plaintiff is only required to explain the status of the default matter.

       IT IS SO ORDERED.

Dated: May 14, 2009

                       GARLAND E. BURRELL, JR.
                       United States District Judge