Charles E. Bauer, SBN# 124163
LAW OFFICE OF CHARLES E. BAUER
1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916)443-0529
Fax:  (916) 443-1511
Email:  law.bauer@gmail.com

Attorney for Defendant
ROBERT T. MURPHY and VELMA DORIS MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT T. MURPHY, VELMA DORIS MURPHY, ET AL.,<br><br>    Defendant | Case No.: 2:09-CV-00314 GEB-GGH<br><br>STIPULATION AND ORDER TO SET ASIDE DEFAUALT |

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the default against defendant Robert T. Murphy and Velma Doris Murphy, entered on May 12, 2009, be set aside.

Dated:  June 3, 2009                                    /s/  Charles E. Bauer
                                                        _____
                                                        Charles E. Bauer
                                                        Attorney for Defendant
                                                        Robert T. Murphy


Dated:  June 3, 2009                                    /s/  Scott N. Johnson
                                                        _____
                                                        Scott N. Johnson
                                                        Attorney for Plaintiff

STIPULATION AND ORDER TO SET ASIDE DEFAULT            - 1 -

1   IT IS SO ORDERED.

2
    6/6/09
3
                                    _____
4                                   GARLAND E. BURRELL, JR.
                                    United States District Judge