IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, | 2:09-cv-00314-GEB-KJN |
| Plaintiff, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| Robert T. Murphy, Individually and as Trustee of the Murphy Family Living Trust, Dated: March 11, 1993; Velma Doris Murphy, Individually and as Trustee of the Murphy Family Living Trust, Dated: March 11, 1993, | |
| Defendants. | |

Plaintiff filed a "Notice of Settlement" on March 14, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 28.)

Therefore, a dispositional document shall be filed no later than April 13, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the final pretrial conference scheduled for March 21, 2011, is continued to commence at 1:30 p.m. on May 9, 2011, in the event

no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  March 17, 2011

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2